**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 31 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: BERND SCHAEFERS,<br><br>            Debtor,<br><br>------------------------------<br><br>BERND SCHAEFERS,<br><br>            Appellant,<br><br>  v.<br><br>BLIZZARD ENERGY, INC.; FRANZISKA SHEPARD,<br><br>            Appellees. | No.   20-60055<br><br>BAP No. 20-1067<br><br>MEMORANDUM* |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Spraker, Gan, and Lafferty III, Bankruptcy Judges, Presiding

Submitted August 30, 2022**

Before: WALLACE, FERNANDEZ, and SILVERMAN, Circuit Judges.

---

      *      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

      **     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Bernd Schaefers appeals pro se from the decision of the Bankruptcy Appellate Panel that affirmed the denial by the bankruptcy court of his homestead exemption claim. We have jurisdiction under 28 U.S.C. § 158(d), and we dismiss the appeal as moot.

Schaefers claimed a homestead exemption in his interest in BKS Cambria, LLC. While this appeal was pending, the bankruptcy court granted the Chapter 7 trustee's motion to abandon all assets of the estate, including any interest in BKS Cambria, LLC. Because BKS Cambria, LLC is no longer part of the estate, Schaefers can no longer claim a homestead exemption in it in the bankruptcy case. *See* 11 U.S.C. § 522(b)(1) (stating that "an individual debtor may exempt *from property of the estate*…") (emphasis added).

Thus, this appeal is moot. *See In re Nat'l Mass Media Telecomm. Sys., Inc.*, 152 F.3d 1178, 1180 (9th Cir. 1998) (holding that a case is moot when "an event occurs while a case is pending appeal that makes it impossible for the court to grant 'any effectual relief'"), *quoting Church of Scientology of California v. United States*, 506 U.S. 9, 12 (1992).

Because the appeal is moot due to reasons outside of Schaefers' control, vacatur of the decisions below is warranted. *See In re Pattullo*, 271 F.3d 898, 902 (9th Cir. 2001) (vacating district court and bankruptcy court orders where bankruptcy appeal was mooted by dismissal of Chapter 13 proceeding).

Accordingly, the published decision of the Bankruptcy Appellate Panel, *In re Schaefers*, 623 B.R. 777 (B.A.P. 9th Cir. 2020), and the order of the bankruptcy court sustaining the objection to the claimed homestead exemption, *In re Bernd Schaefers*, Dkt. No. 143, Case No. 9:19-bk-11163-MB (Bank. C.D. Cal. Mar. 18, 2020), are VACATED.

Schaefers' requests for judicial notice (Dkt. Nos. 15 and 24) are GRANTED.

**APPEAL DISMISSED.**